IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BOB MOORE, L.L.C. | ) |
| | ) |
|      Plaintiff, | ) Case No.: 2:15-cv-00660-GMN-PAL |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| DEPARTMENT OF THE INTERIOR, | ) |
| BUREAU OF LAND MANAGEMENT, | ) |
| | ) |
|      Defendants. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

DATED: April 13, 2016                                        DATED: April 13, 2016

FOR THE PLAINTIFF:                                         FOR THE DEFENDANTS:

/s/ Angela J. Lizada                                              /s/ Joanna K. Brinkman
Angela J. Lizada, Esq.                                          Joanna K. Brinkman, Esq.
Lizada Law Firm, Ltd.                                           United States Department of Justice
800 N. Rainbow Blvd., Suite 170                          P.O. Box 7611
Las Vegas, NV 89107                                            Washington, DC 20044-0663
(702) 966-7330                                                      (202) 305-0476

IT IS SO ORDERED:

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: April 15, 2016